1 | Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
2 | Alison R. Kalinski, Bar No. 266705
akalinski@lcwlegal.com
3 | LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
4 | 6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
5 | Telephone:  310.981.2000
Facsimile:   310.337.0837
6
7 | Attorneys for Defendants
City of Manhattan Beach and Bruce Moe

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daryn Drum,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>City of Manhattan Beach; Bruce Moe, in his official capacity as City Manager, and Does 1 through 25, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-08492<br><br>Complaint Filed: September 10, 2021<br><br>**NOTICE OF REMOVAL OF ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants City of Manhattan Beach ("City") and Bruce Moe ("Moe") hereby remove to this Court the state court action described below:

1.　　On September 10, 2021, Plaintiff Daryn Drum filed a Petition for Administrative Mandamus and Complaint in Superior Court of the State of California for the County of Los Angeles entitled *Daryn Drum v. City of Manhattan Beach; Bruce Moe, and Does 1 through 25, inclusive*, as Case Number 21STCP02990. A true and correct copy of the Summons and Petition for Administrative Mandamus and Complaint ("Complaint"), which is the only document that was served on defendants, is attached hereto as Exhibit "A."

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

1

9826101.2 MA070-074

2.     The first date upon which the Defendant City received a copy of the Complaint was September 27, 2021, when it was served with a copy of the Summons and Complaint.

3.     The first date upon which the Defendant Moe received a copy of the Complaint was September 28, 2021, when he was served with a copy of the Summons and Complaint.

4.     This action is a civil action of which this District Court has original jurisdiction pursuant to 28 U.S.C. section 1331, and this action is removable to the District Court in accordance with 28 U.S.C. section 1441(a) because it contains a claim, the fourth cause of action, which alleges a violation of the First Amendment of the United States Constitution, and as such, arises under federal question jurisdiction.

5.     This NOTICE OF REMOVAL OF ACTION is filed with the District Court within thirty (30) days after receipt by Defendants of a copy of the Complaint setting forth for the first time the claim giving rise to removal under 28 U.S.C. section 1441(a) in accordance with 28 U.S.C. section 1446(a) and (b).

6.     Defendants are providing prompt notice to all adverse parties of the filing of the NOTICE OF REMOVAL OF ACTION and they are filing a copy of the NOTICE OF REMOVAL OF ACTION with the Clerk of the Los Angeles County Superior Court.

7.     For the aforementioned reasons, the above-described action now pending in the Superior Court of the State of California for the County of Los

///
///
///
///
///
///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

2

1    Angeles should be removed to this District Court in accordance with the provisions

2    of 28 U.S.C. sections 1441(a) and 1446(a) and (b).

3

4    Dated:  October 27, 2021                    LIEBERT CASSIDY WHITMORE

5

6                                      By:    /s/ Alison R. Kalinski

7                                             Brian P. Walter
                                              Alison R. Kalinski
                                              Attorneys for Defendants
8                                             City of Manhattan Beach and
                                              Bruce Moe

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

3

9826101.2 MA070-074