UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| Daryn Drum,<br><br>               Plaintiff,<br><br>    v.<br><br>City of Manhattan Beach; Bruce Moe, in his official capacity of City Manager, and Does 1 through 25, Inclusive,<br><br>               Defendants. | Case No.:  2:21-cv-08492 PSG (KKx)<br><br>Complaint Filed: September 10, 2021<br>FAC Filed: November 16, 2021<br>SAC Filed: February 7, 2022<br>TAC Filed: August 22, 2022<br>FAC Filed: April 27, 2023<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS' CITY OF MANHATTAN BEACH AND BRUCE MOE AGAINST PLAINTIFF DARYN DRUM** |

The Court hereby enters judgment in favor of Defendants CITY OF MANHATTAN BEACH and BRUCE MOE and against Plaintiff DARYN DRUM. Plaintiff's Fourth Amended Complaint is dismissed with prejudice.  Defendants shall recover their costs as the prevailing parties.

Dated:  January 3, 2024

_____
The Honorable Philip S. Gutierrez
Judge of the United States District
Court, Central District of California

LIEBERT CASSIDY WHITMORE<br>A Professional Law Corporation<br>6033 West Century Boulevard, 5th Floor<br>Los Angeles, California 90045

1

12182700.2 MA070-074